UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PLAZA BANK, a California Corporation,<br><br>                              Plaintiff,<br>v.<br>ALAN GREEN FAMILY TRUST, et al.,<br><br>                              Defendants. | Case No. 2:11-cv-00130-MMD-RJJ<br><br>ORDER<br><br>(Defendants' Motion for District Judge to Reconsider Magistrate Judge's Order Denying Defendants' Motion to Extend Discovery Deadline and Scheduling Order Dates – dkt. no. 58) |

**I.    SUMMARY**

Before the Court is Defendants' Motion for the District Judge to Reconsider Magistrate Judge's Order Denying Defendants' Motion to Extend Discovery Deadline and Scheduling Order Dates ("Motion to Reconsider"). (Dkt. no. 58.) For reasons stated below, the Court DENIES the Motion.

**II.   BACKGROUND**

On February 24, 2012, Magistrate Judge Johnston denied Defendants' Motion to Extend Discovery Time. (Dkt. nos. 57, 45.) Defendants timely filed an objection to the decision and ask this Court to reconsider the Magistrate's Order. (Dkt. no. 58.)

**III.  DISCUSSION**

   **A.    Legal Standard**

Magistrate judges are authorized to resolve pretrial matters subject to district court review under a "clearly erroneous or contrary to law" standard. 28 U.S.C. § 636(b)(1)(A); *see also* Fed. R. Civ. P. 72(a); L.R. IB 3-1(a) ("A district judge may

reconsider any pretrial matter referred to a magistrate judge in a civil or criminal case pursuant to LR IB 1-3, where it has been shown that the magistrate judge's ruling is clearly erroneous or contrary to law."). "This subsection would also enable the court to delegate some of the more administrative functions to a magistrate, such as . . . assistance in the preparation of plans to achieve prompt disposition of cases in the court." *Gomez v. United States*, 490 U.S. 858, 869 (1989). "A finding is clearly erroneous when although there is evidence to support it, the reviewing body on the entire evidence is left with the definite and firm conviction that a mistake has been committed." *United States v. Ressam*, 593 F.3d 1095, 1118 (9th Cir. 2010) (quotation omitted). A magistrate's pretrial order issued under 28 U.S.C. § 636(b)(1)(A) is not subject to *de novo* review, and the reviewing court "may not simply substitute its judgment for that of the deciding court." *Grimes v. City & County of San Francisco*, 951 F.2d 236, 241 (9th Cir. 1991).

**B.  Analysis**

After reviewing Magistrate Judge Johnston's Order, Defendants' Objections, and Plaintiff's Response, the Court determines that the Magistrate Judge's Order (dkt. no. 57) was not clearly erroneous or contrary to law.  Defendants' Motion is therefore DENIED.

**IV.  CONCLUSION**

IT IS THEREFORE ORDERED that Defendants' Motion for District Judge to Reconsider Magistrate Judge's Order Denying Defendants' Motion to Extend Discovery Deadline and Scheduling Order Dates (dkt. no. 58) is DENIED.

DATED THIS 21th day of August 2012.

UNITED STATES DISTRICT JUDGE